IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02639-RBJ

ANSELMO ORTIZ ORTIZ,
JOHANNA ORTIZ, and
ARMANDO ORTIZ,

    Plaintiffs,

v.

TRAVIS DePRIEST, Colorado State Patrol,
STEVEN JOHNSON, Colorado State Patrol,
GEORGE DINGFELDER, Colorado State Patrol,
MARK TROSTEL, Colorado State Patrol,
DOYLE EICHER, Colorado State Patrol,
JOHN DOE 3, Colorado State Patrol,
LINETTE SCHMIDT, Colorado State Patrol,
JOHN DOE 2, Colorado State Patrol,
JOHN DOE 3, Colorado State Patrol,
BILL RITTER, State of Colorado,
JOHN DOE 1, Conejos County Sheriff's Office,
LOUIS GALLEGOS, Louis' Paint and Body,
JULIE L. MYERS, U.S. Department of Homeland Security Immigration and Customs Enforcement,
EDWARD TOLBERT, U.S. Department of Homeland Security Immigration and Customs Enforcement,
JOHN P. LONGSHORE, U.S. Department of Homeland Security Immigration and Customs Enforcement,
HARRY M. QUALANTONE, U.S. Department of Homeland Security Immigration and Customs Enforcement,
HOLLY LANDGREN, U.S. Department of Homeland Security Immigration and Customs Enforcement,

    Defendants.

## ORDER TO SET SCHEDULING CONFERENCE

This matter comes before the Court *sua sponte*. In light of the decline of consent to a magistrate judge by one or more of the parties in this case and its reassignment to this Court, the

Scheduling Conference set February 24, 2015 before Magistrate Judge Boyd N. Boland is VACATED. The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1. Each party's lead trial counsel shall attend the conference. The conference shall be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date within 14 days of the date of this order.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the proposed scheduling order is tendered. The proposed scheduling order, which should be prepared as described in the local rules, should be tendered by email no later than five days before the scheduling conference. A copy of instructions for the preparation of a scheduling order and a form scheduling order can be downloaded from the Court's website (http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx).

DATED this 30th day of January, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge