IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02639-RBJ

ANSELMO ORTIZ ORTIZ,
JOHANNA ORTIZ, and
ARMANDO ORTIZ,

    Plaintiffs,

v.

TRAVIS DePRIEST, Colorado State Patrol,
STEVEN JOHNSON, Colorado State Patrol,
GEORGE DINGFELDER, Colorado State Patrol,
TODD JAMES, Colorado State Patrol
MARK TROSTEL, Colorado State Patrol,
DOYLE EICHER, Colorado State Patrol,
JOHN DOE 3, Colorado State Patrol,
LINETTE SCHMIDT, Colorado State Patrol,
JOHN DOE 2, Colorado State Patrol,
JOHN DOE 3, Colorado State Patrol,
BILL RITTER, State of Colorado,
ROBERT A. GURULE, Conejos County Sheriff's Office,
JOHN DOE 1, Conejos County Sheriff's Office,
LOUIS GALLEGOS, Louis' Paint and Body,
JULIE L. MYERS, U.S. Department of Homeland Security Immigration and Customs Enforcement,
EDWARD TOLBERT, U.S. Department of Homeland Security Immigration and Customs Enforcement,
JOHN P. LONGSHORE, U.S. Department of Homeland Security Immigration and Customs Enforcement,
HARRY M. QUALANTONE, U.S. Department of Homeland Security Immigration and Customs Enforcement, and
HOLLY LANDGREN, U.S. Department of Homeland Security Immigration and Customs Enforcement,

    Defendants.

2

---

ORDER OF DISMISSAL OF DEFENDANT GURULE WITH PREJUDICE

---

THE COURT, having reviewed the Stipulated Motion to Dismiss Defendant Gurule, With Prejudice (Docket No. 24) filed by Plaintiffs and Defendant Gurule, having reviewed the file, and being fully advised,

DOES HEREBY ORDER that Defendant Gurule is hereby dismissed, with prejudice, with each party to pay his or her own costs.

DATED this 30th day of January, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge