IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02639-RBJ

ANSELMO ORTIZ ORTIZ,
JOHANNA ORTIZ, and
ARMANDO ORTIZ,

       Plaintiffs,

v.

TRAVIS DePRIEST, Colorado State Patrol,
STEVEN JOHNSON, Colorado State Patrol,
GEORGE DINGFELDER, Colorado State Patrol,
TODD JAMES, Colorado State Patrol
MARK TROSTEL, Colorado State Patrol,
DOYLE EICHER, Colorado State Patrol,
JOHN DOE 3, Colorado State Patrol,
LINETTE SCHMIDT, Colorado State Patrol,
JOHN DOE 2, Colorado State Patrol,
JOHN DOE 3, Colorado State Patrol,
BILL RITTER, State of Colorado,
ROBERT A. GURULE, Conejos County Sheriff's Office,
JOHN DOE 1, Conejos County Sheriff's Office,
LOUIS GALLEGOS, Louis' Paint and Body,
JULIE L. MYERS, U.S. Department of Homeland Security Immigration and Customs Enforcement,
EDWARD TOLBERT, U.S. Department of Homeland Security Immigration and Customs Enforcement,
JOHN P. LONGSHORE, U.S. Department of Homeland Security Immigration and Customs Enforcement,
HARRY M. QUALANTONE, U.S. Department of Homeland Security Immigration and Customs Enforcement, and
HOLLY LANDGREN, U.S. Department of Homeland Security Immigration and Customs Enforcement,

       Defendants.

## ORDER OF DISMISSAL OF DEFENDANT JAMES WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice All Claims Against Defendant Todd James (ECF No. 35) in his Individual Capacity. Good grounds having been shown, it is therefore ORDERED that:

Defendant Todd James is hereby dismissed in his individual capacity with prejudice from this action, each party to pay its own attorneys' fees and costs

DATED this 30th day of January, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge